1

2

3

4

5

6

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| JOSHUA EARL BECK, | ) | 1:05-cv-01216-LJO-TAG HC |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Petitioner, | ) | RECOMMENDATION (Doc. 7) |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS (Doc. 1) |
| | ) | |
| MIKE EVANS, Warden, | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

16

        On September 27, 2005, Petitioner filed a petition for writ of habeas corpus pursuant to

28 U.S.C. § 2254 in this Court.  (Doc. 1).

        On October 4, 2007, the Magistrate Judge assigned to the case filed a Findings and

Recommendation recommending the petition for writ of habeas corpus be dismissed for failure to

comply with the one-year statute of limitations in 28 U.S.C. § 2244(d)(1).  (Doc. 7).  This

Findings and Recommendation was served on all parties and contained notice that any objections

were to be filed within twenty days from the date of service of that order.  To date, the parties

have not filed timely objections to the Findings and Recommendation.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

the Magistrate Judge's Findings and Recommendation is supported by the record and proper

analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendation, filed October 4, 2007 (Doc. 7), is ADOPTED

3          IN FULL;

4    2.    This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

5    3.    The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

6    This order terminates the action in its entirety.

7    IT IS SO ORDERED.

8    **Dated:    November 2, 2007**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

2